UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
MINDEN PICTURES, INC.,

                   Plaintiff,

    -v-

PRIORITY ONE JETS, INC.,

                   Defendant.

------------------------------------- X

19cv7956(DLC)

ORDER

DENISE COTE, District Judge:

    This Court having received plaintiff's November 15, 2019 letter informing the Court that the parties have failed to resolve the issues in this case, it is hereby

    ORDERED that the Clerk's Office shall reopened this case.

    IT IS FURTHER ORDER that a conference is scheduled for **November 22, 2019** at **2 p.m.** in Courtroom 18B, 500 Pearl Street, New York, NY. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Dated:    New York, New York
           November 18, 2019

                                                DENISE COTE
                                   United States District Judge